

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00449-CR

THE STATE OF TEXAS
v.
KORI J. MARRA

On Appeal from the
County Court at Law No. 3 of Cameron County, Texas
Trial Cause No. 2013-CCL-00670

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed for lack of jurisdiction. The Court orders the appeal DISMISSED FOR LACK OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

January 29, 2015